No. 93–502. IN RE CORDOVA-GONZALEZ. C. A. 1st Cir. Certiorari denied.

No. 93–516. HEARTLAND FEDERAL SAVINGS & LOAN ASSN. v. BRISCOE ENTERPRISES, LTD., II. C. A. 5th Cir. Certiorari denied.

No. 93–519. FEDERAL ELECTION COMMISSION v. LAROUCHE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 93–520. GEOFFREY, INC. v. SOUTH CAROLINA DEPARTMENT OF REVENUE AND TAXATION. Sup. Ct. S. C. Certiorari denied.

No. 93–522. HURWITZ v. PERALES, COMMISSIONER, NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES, ET AL. Ct. App. N. Y. Certiorari denied.

No. 93–524. LONG ISLAND RAIL ROAD CO. v. BATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–525. WORLDWIDE INSURANCE MANAGEMENT CORP. v. RESOLUTION TRUST CORPORATION, AS RECEIVER FOR METROPOLITAN FINANCIAL FEDERAL SAVINGS & LOAN ASSN. C. A. 5th Cir. Certiorari denied.

No. 93–526. HERNANDEZ v. KMART CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–528. GESKE & SONS, INC. v. INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 93–529. LAWLINE ET AL. v. AMERICAN BAR ASSN. ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–532. REYER v. TODD ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–533. CAMOSCIO v. DONAHUE, ASSOCIATE JUSTICE, SUPERIOR COURT OF MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.